UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-cv-20216-JAL

JESSICA RAMIREZ,

    Plaintiff,

vs.

OMBS SECURITY SYSTEM LLC, a Florida limited
liability company, and ELLINGTON OSBORNE,

    Defendants.

_____/

---

**PLAINTIFF'S STATEMENT OF CLAIM**

---

COMES NOW Plaintiff, JESSICA RAMIREZ ("RAMIREZ"), by and through the undersigned attorney, and hereby files her Statement of Claim of unpaid minimum and overtime wages, pursuant to Court Orders [DE 13] and [DE 15]. At this time, Plaintiff is not in possession of all of her time and pay records throughout the relevant time periods, and reserves her right to amend as litigation proceeds.

**Period Claimed:** The relevant time period for RAMIREZ's claim is the three years preceding the filing of her complaint, January 15, 2016 to September 29, 2017, approximately.

**Weeks:** 89, approximately.

1. <u>Hours Worked:</u> Plaintiff was not fully paid for all of the hours she worked each workweek for one or more workweeks during the relevant time period, because: (a) Defendants altered Plaintiff's timecard entries, affecting the records of the hours she worked; (b) Defendants

subtracted time from the hours Plaintiff worked for lunch breaks Plaintiff never took; and (c) Defendants subtracted time from the hours Plaintiff worked for lunch breaks Plaintiff worked during, and did not actually take a break from work.

2. Plaintiff estimates she is owed: (a) two (2) hours per week of pay (one hour of regular time, one hour of overtime) (an average of four (4) ½ hour lunch breaks) which she either never took or took at her desk and worked through; and (b) two (2) hours per week of overtime pay (an average of four (4) hours of overtime pay per biweekly paycheck) for hours not recorded or recorded on a time card but not paid.

<u>Applicable Wage</u>: Plaintiff was a non-exempt, hourly employee who worked for Defendants at their security company as, during the relevant time period, an administrative assistant. Plaintiff was paid at a variety of wage rates during her employment, but because she does not have all of her time and pay records, she will use her most recent rate of pay, $14.00, as her regular rate of pay. Therefore, Plaintiff is owed damages as outlined below, and for an equal amount of liquidated damages, plus reasonable attorney's fees and costs.

**UNPAID WAGES OWED – 2016**

|           | Weeks Worked | Unpaid Hrs/Wk | Total Hrs | Wage Owed | Wage Owed |
|-----------|--------------|---------------|-----------|-----------|-----------|
| Min. Wage | 50           | 1             | 50        | $8.05     | $402.50   |
| OT Wage   | 50           | 3             | 150       | $21.00    | $3,150.00 |

**TOTAL: $3,552.50**

**UNPAID WAGES OWED – 2017**

|           | Weeks Worked | Unpaid Hrs/Wk | Total Hrs | Wage Owed | Wage Owed |
|-----------|--------------|---------------|-----------|-----------|-----------|
| Min. Wage | 39           | 1             | 39        | $8.10     | $315.90   |
| OT Wage   | 39           | 3             | 117       | $21.00    | $2,457.00 |

**TOTAL: $2,772.90**

Total estimated damages for minimum wage violations, overtime wage violations, plus an equal amount of liquidated damages due Plaintiff, is **$12,650.80 ($6,325.40 x 2)**.

These estimates are being provided without the benefit of the Plaintiff's complete time records, pay records, schedules, and other documents relevant to the damages calculations and, therefore, Plaintiff reserves the right to amended once those records are obtained.

Respectfully submitted this 21st day of March, 2019.

By: **s/Robert W. Brock II**
Robert W. Brock II, Esq.
Florida Bar No. 75320
robert@kuvinlaw.com
legal@kuvinlaw.com
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **March 21, 2019**, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: **s/Robert W. Brock II**
Robert W. Brock II, Esq.